## 1:11cv797

(1) The parties shall move to amend the pleadings or add new parties by March 22, 2012.

(2) The party claiming patent infringement shall produce or make available for inspection and copying the documents set forth in S. D. Ohio Pat. R. 103.1(b) by April 23, 2012; [*14 days after the Initial Scheduling Conference; S. D. Ohio Pat. R. 103.1(b)*]

(3) The party claiming patent infringement must serve on all parties the Disclosure of Asserted Claims and Infringement Contentions described in S. D. Ohio Pat. R. 103.2 by May 12, 2012; [*30 days after the Initial Scheduling Conference; S. D. Ohio Pat. R. 103.2*]

(4) The party opposing a claim of patent infringement shall produce or make available for inspection and copying the documents set forth in S. D. Ohio Pat. R. 103.1(c) by June 11, 2012; [*30 days after the Disclosure of Asserted Claims and Infringement Contentions described in S. D. Ohio Pat. R.103.2 S. D. Ohio Pat. R. 103.3*]

(5) The party claiming invalidity must serve on all parties the Disclosure of Invalidity Contentions described in S. D. Ohio Pat. R. 103.4 by June 26, 2012; [*45 days after service of Disclosure of Asserted Claims and Infringement Contentions; S. D. Ohio Pat. R. 103.4*]

(6) Each party will simultaneously exchange the Proposed Claim Terms and Phrases for Construction described in S. D. Ohio Pat. R. 105.1 by July 10, 2012; [*14 days after service of the Invalidity Contentions; S. D. Ohio Pat. R. 105.1*]

(7) Each party contending a claim term or phrase should be construed by the Court shall provide the parties with the proposed Preliminary Claim Construction of each such term or phrase described in S. D. Ohio Pat. R. 105.2(a) and supporting evidence by July 31, 2012; [*21 days after the S. D. Ohio Pat. R. 105.1 exchange; S. D. Ohio Pat. R. 105.2(a)*]

5

(8)  Each party disputing a proposed "Preliminary Claim Construction" shall provide all parties with their proposed constructions for the disputed term or phrase ("Responsive Claim Construction") described in S. D. Ohio Pat. R. 105.2(b) and supporting evidence by August 19, 2012; [*40 days after the S. D. Ohio Pat. R. 105.1 exchange S. D. Ohio Pat. R. 105.2(b)*]

(9)  The parties shall meet and confer regarding claim construction issues as described in S. D. Ohio Pat. R. 105.2(c) by September 9, 2012; [*60 days after the S. D. Ohio Pat. R. 105.1 exchangeS. D. Ohio Pat. R. 105.2(c)*]

(10) The parties shall file a Joint Disputed Claim Terms Chart as described in S. D. Ohio Pat. R. 105.2(d) by September 30, 2012; [*80 days after the S. D. Ohio Pat. R. 105.1 exchange; S. D. Ohio Pat. R. 105.2(d)*].

(11) The parties shall complete discovery related to Claim Construction as described in S. D. Ohio Pat. R. 105.3 by November 28, 2012; [*60 days after the filing date of S. D. Ohio Pat. R. 105.2(d) Joint Disputed Claim Terms Chart; S. D. Ohio Pat. R. 105.3*]

(12) Each of the Parties shall file and serve an Opening Claim Construction Brief by December 15, 2012; [*75 days after filing of the S. D. Ohio Pat. R. 105.2(d) Joint Disputed Claim Terms Chart; S. D. Ohio Pat. R. 105.4 (a)*]

(13) Each of the Parties may file and serve a response to the Opening Claims Construction Brief, and any objections to extrinsic evidence by January 14, 2013; [*30 days after service of the opening claim construction brief. S. D. Ohio Pat. R. 105.4(b)*]

(14) The Court shall conduct a hearing on the issue of Claim Construction on February 14, 2013, [*30 days after submission of the reply, subject to the convenience of the Court's calendar*]

(15) The parties shall complete fact discovery by [August 10, 2013], and all interrogatories, depositions, requests for admissions, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery;

(16) Each party shall make its initial expert witness disclosures, as required under Rule 26, on the issues on which each bears the burden of proof by [*60 days after court's ruling on claim construction; S. D. Ohio Pat. R. 106.1(a)*]

(17) Each party shall make its initial expert witness disclosures, as required under Rule 26, on the issues on which the opposing party bears the burden of proof by _____ [*30 days after the first round of expert disclosures; S. D. Ohio Pat. R. 106.1(b)*]

(18) Rebuttal expert witness disclosures are to be made by _____ [*14 days after second round of expert disclosures; S. D. Ohio Pat. R. 106.1(c)*]

(19) Expert Depositions, if any, shall be completed by _____; [*60 days after commencement of deposition period; S. D. Ohio Pat. R. 106.2*]

(20) Motions for summary judgment be filed by 60 days after expert deposition deadline, responses to such motions shall be filed within __21__ days thereafter, and reply briefs shall be filed within __14__ days thereafter.

(21) All parties shall file an indication whether or not they are willing to proceed to trial in front of a Magistrate Judge by _____;

<u>Susan J. Dlott</u>
<u>Chief Judge United States District Court</u>